BC    Case: 1:25-cv-08863 Document #: 1 Filed: 07/27/25 Page 1 of 5 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
KG
7/27/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Max Nguyen )
_____, )
Plaintiff(s), )
vs. )  Case No. 1:25-cv-08863
Donald Trump )  Judge Sara L. Ellis
_____, )  Magistrate Judge Beth W. Jantz
Defendant(s). )  Cat 3 Random Assignment

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is ___Max Nguyen___.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

Case: 1:25-cv-08863 Document #: 1 Filed: 07/27/25 Page 2 of 5 PageID #:2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, __Donald Trump__, is
   (name, badge number if known)

   ☑ an officer or official employed by __White House__;
   (department or agency of government)

   _____ or

   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __Cook__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __06-02-18__, at approximately __1:00__ ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of __Sister Wedding__, in the County of __Cook__, State of Illinois, at __1200 W Randolph St., Chicago, IL 60607__
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☑ conspired together to violate one or more of plaintiff's civil rights;
   ☑ Other:

   _____

   _____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): N/A

8. Plaintiff was charged with one or more crimes, specifically:

   N/A ₀Trying to file lawsuit

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

   ☒ Other: Trying to file lawsuit

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Donald Trump was at my sister wedding in 2018 & I was told by Donald Trump; he raped my "bitch" an orphan billionaire behind my back every where he went no matter what. Me and Donald Trump had arrangement on a bet of basketball were I won 21-0 against USA Dream Team 1 vs 5 and he went double or nothing and lost $15,000,000,000.00 and has not paid. Donald Trump bet everything he had and attacked me in 2018 at my sister wedding and never paid out.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

I was attacked at my sister wedding and was never paid based off our arrangement.

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _/s/ MN_

Plaintiff's name *(print clearly or type)*: Max Nguyen

Plaintiff's mailing address: 3956 W Sherwin Ave

City: Lincolnwood    State: IL    ZIP: 60712

Plaintiff's telephone number: (623) 340-8664

Plaintiff's email address *(if you prefer to be contacted by email)*:
maxn07181988@gmail.com

15. Plaintiff has previously filed a case in this district.  ☐ Yes  ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]